Rafael Saurí, Demandante-apelante-apelado, *v.* José Saurí et al., Demandados-apelados-apelantes.*

No. 3549.—Resuelto en Julio 15, 1929.

OPINIÓN DISIDENTE EMITIDA POR EL JUEZ ASOCIADO SR. WOLF.

Ordinariamente, de conformidad con los artículos 413 y 1018 *et seq.* del Código Civil, los herederos o condueños tienen el derecho de insistir en la división material de deter-

---

* Véase la opinión del Tribunal en la página 138.
* Véase la opinión del Tribunal en la página 898.

minada finca o fincas. Puede que un hombre tenga un negocio establecido, o aun el deseo sentimental de que no se le impida disfrutar por lo menos de parte del fundo de sus antepasados. La prueba en el presente caso me convenció en parte de que quizá económicamente sería mejor que las fincas fuesen vendidas, pero no fuí del todo persuadido de que el extenso número de cuerdas envuelto en este caso no podía ser dividido por su especie entre tres o cuatro comuneros, a pesar de haberse hecho ciertas mejoras materiales en determinadas secciones. Mediante varios sistemas de compensación, aun por medio de pagos en efectivo, un heredero que recibiera una parte mayor de las mejoras o de los terrenos que los otros podría satisfacer la diferencia. Ni siquiera se me convenció de que era necesario hacer algún pago de dinero para efectuar tal división material. Por tanto, es innecesario que yo considere si podría efectuarse una compensación dividiendo a prorrata las bombas y los sistemas de riego.